

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00182-CR

**EX PARTE** Juan **TORRES**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-12006-CR
The Honorable Camile G. Dubose, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  July 8, 2015

DISMISSED FOR WANT OF JURISDICTION

Appellant seeks to appeal the denial of a post-conviction writ of habeas corpus. On June 8, 2015, this court issued an order noting that the courts of appeals have no jurisdiction over felony post-conviction writs of habeas corpus, and any complaint pertaining to a post-conviction writ of habeas corpus should be filed in the Texas Court of Criminal Appeals. TEX. CODE CRIM. PROC. art. 11.07 § 3 (West 2015). We therefore ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction.

Appellant failed to respond to our order. Because we lack jurisdiction over this appeal, we dismiss the appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH